**FILED: 1/30/12**

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FREDERICK TAYLOR, | ) | NO. CV 07-730-GHK (JEMx) |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| A. J. MALFI, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Court's January 30, 2012 Order, IT IS HEREBY ADJUDGED that Petitioner Frederick Taylor's First Amended Petition for Writ of Habeas Corpus is **DENIED** and this action is **DISMISSED with prejudice.**

IT IS SO ORDERED.

DATED: This 30th day of January, 2012

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE